KITTIE H. STANLEY, *Respondent*, v. THE CITY OF WATERTOWN, *Appellant.* — Judgment and order affirmed.

ROBERT H. CRANDALL. *Appellant*, v. THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT NO. 1 OF THE TOWN OF BOONVILLE, *Respondent.* — Judgment affirmed.

PHILANDER REWEY, *Respondent*, v. MATTHEW RILEY, *Appellant.* — Judgment and order affirmed, with costs. Opinion by SMITH, P. J.

THOMAS S. HADLOW, *Respondent*, v. WILLIAM T. BARNES, *Appellant.* — Judgment affirmed, with costs. Opinion by BARKER, J.

NICHOLAS SCHWEINSBERG, *Respondent*, v. WILLIAM H. CLARK, *Appellant.* — Judgment and order reversed, and new trial ordered, in the Oneida County Court, costs to abide event. Opinion by BARKER, J.

HORATIO MOYER, *Appellant*, v. WILLIAM W. HARWICK, *Respondent.* — Judgment affirmed on opinion of county judge.

OBADIAH STEPHENS, *Appellant*, v. PETER CORNELL, *Respondent.* — Motion for reargument granted.

ANDREW NAGLE v. CATHARINE JUNKER. — Order reversed, with ten dollars costs and disbursements to be paid by Bissell and Hoffman. Opinion by HARDIN, J.; MACOMBER, J., not sitting.

IN THE MATTER OF JOHN LANSING, RECEIVER OF ANNA M. O'DOUGHERTY. — Order affirmed, with ten dollars costs and disbursements, payable out of the fund in the receiver's hands. Opinion by MACOMBER, J.

MARTHA J. PARSONS, as *Executrix, etc., Appellant*, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Respondent.* — New trial ordered, costs to abide event. Opinion by SMITH, P. J.

WILLIAM TOZER, as *Administrator, etc., Respondent*, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed. Opinion by HARDIN, J.

PETER FISH, *Respondent*, v. THE NATIONAL MARINE BANK OF OSWEGO, *Appellant.* — Judgment affirmed. Opinion by MACOMBER, J.

AVERY L. SMITH and another, *Appellants*, v. JAMES KNAPP, *Respondent.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by SMITH, P. J.

AVELINE BEER, *Respondent.* v. AUGUSTUS H. SANGER, *Appellant.* — Judgment affirmed. Opinion by MACOMBER, J.

CHAUNCEY CRAMER, *Respondent*, v. JOHN T. LOVEJOY, *Appellant.* — Judgment reversed and new trial ordered in Cayuga county, costs to abide event. Opinion by SMITH, P. J.

JOSEPH RADEL, *Respondent*, v. MATTHEW L. McMORRAN and others, *Appellants.* — Judgment affirmed. Opinion by MACOMBER. J.